SEND-O

FILED
CLERK, U.S. DISTRICT COURT

JUN - 9 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 05-920 (A)-RSWL |
| Plaintiff, | ORDER OF PRETRIAL DETENTION OF MATERIAL WITNESS AFTER HEARING |
| v. | (18 U.S.C. § 3142(i)) 3144 |
| PATRICK HOLIFIELD, et al. | |
| Defendant. | |

I.

A. ( ) Upon motion of the Government in a case that involves:

1. ( ) a crime of violence or an offense listed in 18 U.S.C. § 2332b(g)(5)(B), for which a maximum term of imprisonment of ten (10) years or more is prescribed; or

2. ( ) an offense for which the maximum sentence is life imprisonment or death; or

3. ( ) an offense for which a maximum term of imprisonment of ten (10) years or more is prescribed in the Controlled Substances Act, Controlled Substances Import and Export Act or Maritime Drug Law Enforcement Act; or

```
 1                    4.   ( ) any felony if defendant has been convicted of
 2                             two or more offenses described in
 3                             subparagraphs 1-3 above, or two or more state
 4                             or local offenses that would have been
 5                             offenses described in subparagraphs 1-3 above
 6                             if a circumstance giving rise to federal
 7                             jurisdiction had existed, or a combination of
 8                             such offenses.
 9                    5.   ( ) any felony that is not otherwise a crime of
10                             violence that involves a minor victim, or
11                             possession or use of a firearm or destructive
12                             device or any other dangerous weapon, or a
13                             failure to register under 18 U.S.C. § 2250.
14          B.   Upon motion (✓) of by the Government ( ) of the Court sua
15               sponte, in a case that involves:
16                    1.   (✓) a serious risk that [the witness] ~~defendant~~ will flee;
17                    2.   ( ) a serious risk that defendant will
18                         a.   ( ) obstruct or attempt to obstruct justice;
19                              or
20                         b.   ( ) threaten, injure, or intimidate a
21                                  prospective witness or juror or attempt
22                                  to do so.
23          C.   The Government ( ) is (✓) is not entitled to a rebuttable
24     presumption that no condition or combination of conditions will
25     reasonably assure [the witness'] ~~defendant's~~ appearance as required and the safety of
26     any person or the community.
```

```
 1                            II.
 2    A.   ( ✓ )    The Court finds by a preponderance of the evidence
 3                  that no condition or combination of conditions
 4                  will reasonably assure the appearance of ~~defendant~~ the witness
 5                  as required;
 6    B.   (   )    The Court finds by clear and convincing evidence
 7                  that no condition or combination of conditions
 8                  will reasonably assure the safety of any other
 9                  person and the community.
10
11                           III.
12    The Court has considered:
13    A.   ( ✓ )  the nature and circumstances of the offense(s) charged;
14    B.   ( ✓ )  the weight of the evidence against ~~defendant~~ the witness;
15    C.   ( ✓ )  the history and characteristics of ~~defendant~~ the witness;
16    D.   ( ✓ )  the nature and seriousness of the danger to any person
17                or the community that would be posed by ~~defendant's~~ the witness'
18                release;
19    E.   ~~(  )~~ the Pretrial Services Report/Recommendation;
20    F.   ( ✓ )  the evidence proffered/presented at the hearing;
21    G.   ( ✓ )  the arguments of counsel.
22    ///
23    ///
24    ///
25    ///
26    ///
27    ///
28
```

3

```
 1                              IV.
 2   The Court concludes:
 3   A.   ( ) Defendant poses a risk to the safety of other persons
 4            and the community based on: _____
 5        _____
 6        _____
 7        _____
 8   B.   (✓) Defendant poses a serious flight risk based on: ____
 9        history of flight following threats
10        _____
11        _____
12   C.   ( ) A serious risk exists that defendant will:
13            1.  ( ) obstruct or attempt to obstruct justice;
14            2.  ( ) threaten, injure or intimidate a prospective
15                    witness or juror or attempt to do so;
16        based on: _____
17        _____
18        _____
19        _____
20   D.   ( ) Defendant has not rebutted by sufficient evidence to
21            the contrary the presumption provided in 18 U.S.C.
22            § 3142(e) that no condition or combination of
23            conditions will reasonably assure the safety of any
24            other person and the community;
25        and/or
```

    ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142(e) that no condition or combination of conditions will reasonably assure the appearance of defendant as required.

IT IS ORDERED that ~~defendant~~ *the witness* be detained prior to trial.

IT IS FURTHER ORDERED that ~~defendant~~ *the witness* be committed to the custody of the Attorney General for confinement to a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or persons held in custody pending appeal.

IT IS FURTHER ORDERED that ~~defendant~~ *the witness* be afforded reasonable opportunity for private consultation with defendant's counsel.

IT IS FURTHER ORDERED that, on Order of a Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which ~~defendant~~ *the witness* is confined deliver ~~defendant~~ *the witness* to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED: 6/9/10

_____
HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge